DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CATHLEEN PENNEY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID KERSHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID KERSHAW, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR. 09-493-DAD <br><br> AMENDED STIPULATION AND [~~PROPOSED~~] ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL TO RESET FOR STATUS CONFERENCE <br><br> Date: December 15, 2009 <br> Time: 10:00 a.m. <br> Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, DAVID KERSHAW, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Tuesday, December 15, 2009 and jury trial set for Monday, January 4, 2010, be vacated and reset for a status conference hearing on Tuesday, February 9, 2010 at 10:00 a.m.

/ /

/ /

/ /

/ /

/ /

/ /

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate and prepare this case. 18 U.S.C. § 3161(h)(7)(A). The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 9, 2010, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated: December 14, 2009

Respectfully sbmitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
DAVID KERSHAW

Dated: December 14, 2009

BENJAMIN B. WAGNER
United States Attorney

/s/ AUSA Daniel McConkie for:
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference hearing on February 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: 12/14/09

HON. DALE A. DROZD
United States Magistrate Judge

Name of Pleading                    -2-