**FILED**

**FEB 23 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
                VS.

CASE/CITATION NO. Cr. S-09-493 DAD

David Kershaw

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY          STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 2/23/10 _____         X _____
                                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 1,000 _____ and a penalty assessment of $ 25 _____ for a TOTAL AMOUNT OF: $ 1,025 _____ within a year ~~days/months~~ or payments of $ 100 per month, commencing 3/15/10 _____ and due on the 15th _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**        **CLERK, USDC**                **CLERK, USDC**
**PO BOX 70939**                     **2500 TULARE ST., RM. 1501**  **501 I STREET, STE. 4-200**
**CHARLOTTE, NC 28272-0939**         **FRESNO, CA 93721-1322**      **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2/23/10 _____           **DALE A. DROZD**
                                   _____
                                   U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                                            EDCA-3